**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: R.L., A MINOR | : | No. 192 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: E.L., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF: R.E.L., A MINOR | : | No. 193 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: E.L., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: K.L., A MINOR | : | No. 194 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: E.L., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF: K.M.L., A MINOR | : | No. 195 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: E.L., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: D.L., A MINOR | : | No. 196 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: E.L., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF: D.L.L, A MINOR | : | No. 197 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: E.L., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: A.L., A MINOR | : | No. 198 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: E.L., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

| | | |
|---|---|---|
| IN RE: ADOPTION OF: A.N.L., A MINOR | : | No. 199 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: E.L., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: T.L., A MINOR | : | No. 200 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: E.L., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN RE: ADOPTION OF: T.O.L., A MINOR | : | No. 201 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: E.L., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: E.L., A MINOR | : | No. 202 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: E.L., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN RE: ADOPTION OF: E.L.L., A MINOR | : | No. 203 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: E.L., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: W.L., A MINOR | : | No. 204 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: E.L., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN RE: ADOPTION OF: W.A.L., A MINOR | : | No. 205 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: E.L., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

[192 MAL 2020, 193 MAL 2020, 194 MAL 2020, 195 MAL 2020, 196 MAL 2020, 197 MAL 2020, 198 MAL 2020, 199 MAL 2020, 200 MAL 2020, 201 MAL 2020, 202 MAL 2020, 203 MAL 2020, 204 MAL 2020 and 205 MAL 2020] - 2

**PER CURIAM**

        **AND NOW**, this 16th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.

[192 MAL 2020, 193 MAL 2020, 194 MAL 2020, 195 MAL 2020, 196 MAL 2020, 197 MAL 2020, 198 MAL 2020, 199 MAL 2020, 200 MAL 2020, 201 MAL 2020, 202 MAL 2020, 203 MAL 2020, 204 MAL 2020 and 205 MAL 2020] - 3